IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. | 5:22-CR-14 (GTS) |
| | ) | |
| v. | ) **Information** | |
| | ) | |
| **MATTHEW FELITTO,** | ) Violation: | 18 U.S.C. § 242 |
| | ) | [Deprivation of Right Under |
| **Defendant.** | ) | Color of Law] |
| | ) | |
| | ) 1 Count | |
| | ) | |
| | ) County of Offense: | Oneida |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**[Deprivation of Right Under Color of Law]**

On or about September 4, 2020, in Oneida County in the Northern District of New York, defendant **MATTHEW FELITTO**, while acting under color of law as a police officer with the Utica Police Department, willfully deprived K.T. of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizure, which includes the right to be free from the use of unreasonable force by a law enforcement officer. Specifically, the defendant, **MATTHEW FELITTO**, unlawfully kicked K.T. in and about the face and upper chest. This offense included the use of a dangerous weapon, to wit: a shod foot, and resulted in bodily injury to K.T. In violation of Title 18, United States Code, Section 242.

Dated: 1/25/22

CARLA B. FREEDMAN
United States Attorney

By: _____
Michael D. Gadarian, Bar Roll No. 517198
Michael F. Perry, Bar Roll No. 518952
Assistant United States Attorneys